Decided September 9, 1999

INTERLUDE, INC. *v.* KATHERINE A. SKURAT, TAX COLLECTOR OF THE CITY OF DANBURY, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 284 (AC 17634), is granted, limited to the following issue:

"Whether the Appellate Court properly applied General Statutes § 12-119 to the present case?"

The Supreme Court docket number is SC 16185.

*Monte E. Frank, Neil R. Marcus* and *David L. Grogins*, in support of the petition.

Decided September 9, 1999